UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IRENE DUENAS, Special Administrator and Personal Representative of the Estate of PASQUAL AYALA,<br><br>        Plaintiff,<br><br>     v.<br><br>CITY OF YAKIMA, SHAUN C. KOLLMAN, Yakima Police Officer ELAINE GONZALEZ, Yakima Police Officer PHIL POSADA, Yakima Police Officer KERRICK WARD, and Yakima Police Sergeant TIMOTHY BARDWELL,<br><br>        Defendants. | No. CV-11-3070-EFS<br><br>**ORDER REMANDING REMAINING STATE-LAW CLAIM AND CLOSING FILE** |

On September 7, 2011, Plaintiff filed a notice dismissing her 42 U.S.C. § 1983 cause of action, ECF No. 10. During the September 8, 2011 scheduling conference, the parties jointly asked the Court to remand the remaining state-law claim. Finding remand appropriate, **IT IS HEREBY ORDERED**:

    1.    The remaining state-law claim is **REMANDED** to Yakima County Superior Court, Case No. 11-2-02009-5.

    2.    This file shall be **CLOSED.**

///

///

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this Order and furnish copies to counsel and Yakima County Superior Court.

**DATED** this ___8th___ day of September 2011.

                           s/ Edward F. Shea
                          EDWARD F. SHEA
                    UNITED STATES DISTRICT JUDGE

Q:\Civil\2011\3070.settle.close.lc1.frm

ORDER CLOSING FILE - 2